**Exhibit 1**

| Form **668-A(ICS)** (Rev. July 2002) | Department of the Treasury – Internal Revenue Service **Notice of Levy** |
|---|---|

**DATE:** 07/05/2012
**REPLY TO:** Internal Revenue Service
DONG W. KIM
U.S. FEDERAL BUILDING & COURTHOUSE
15 HENRY STREET
BINGHAMTON, NY 13901-2724

**TO:** NBT BANK N.A.
52 SOUTH BROAD STREET
NORWICH, NY 13815

TELEPHONE NUMBER
OF IRS OFFICE: (607)721-0333 x114

RECEIVED JUL 0 6 2012

NAME AND ADDRESS OF TAXPAYER:
JAMES L OMAHEN
5 WEBB AVE
SIDNEY, NY 13838-1319

IDENTIFYING NUMBER(S):   7883
OMAH

THIS IS NOT A BILL FOR TAXES YOU OWE. THIS IS A NOTICE OF LEVY WE ARE USING TO COLLECT MONEY OWED BY THE TAXPAYER NAMED ABOVE.

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/2004 | $2,079.44 | $120.82 | $2,200.26 |
| 1040 | 12/31/2005 | $7,841.18 | $279.22 | $8,120.40 |
| 1040 | 12/31/2006 | $24,218.62 | $862.43 | $25,081.05 |
| 1040 | 12/31/2007 | $9,774.49 | $376.75 | $10,151.24 |
| 1040 | 12/31/2008 | $846.69 | $76.24 | $922.93 |
| 1040 | 12/31/2009 | $3,289.79 | $277.24 | $3,567.03 |

THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. ================================= ⇒

**Total Amount Due**    $50,042.91

We figured the interest and late payment penalty to   **08/04/2012**

    The Internal Revenue Code provides that there is a lien for the amount that is owed. Although we have given the notice and demand required by the Code, the amount owed hasn't been paid. This levy requires you to turn over to us this person's property and rights to property *(such as money, credits, and bank deposits)* that you have or which you are already obligated to pay this person. However, don't send us more than the "Total Amount Due."

    Money in banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code **must be held for 21 calendar days** from the day you receive this levy before you send us the money. Include any interest the person earns during the 21 days. Turn over any other money, property, credits, etc. that you have or are already obligated to pay the taxpayer, when you would have paid it if this person asked for payment.

    Make a reasonable effort to identify all property and rights to property belonging to this person. At a minimum, search your records using the taxpayer's name, address, and identifying number*(s)* shown on this form. Don't offset money this person owes you without contacting us at the telephone number shown above for instructions. You may not subtract a processing fee from the amount you send us.

**To respond to this levy —**
1. Make your check or money order payable to **United States Treasury**.
2. Write the taxpayer's name, identifying number*(s)*, kind of tax and tax period shown on this form, and "LEVY PROCEEDS" on your check or money order *(not on a detachable stub)*.
3. Complete the back of Part 3 of this form and mail it to us with your payment in the enclosed envelope.
4. Keep Part 1 of this form for your records and give the taxpayer Part 2 within 2 days.

If you don't owe any money to the taxpayer, please complete the back of Part 3, and mail that part back to us in the enclosed envelope.

| Signature of Service Representative<br>/S/ DONG W. KIM | Title<br>**REVENUE OFFICER** |
|---|---|

Part 3a –   Complete and return to IRS     Catalog No. 35389E     www.irs.gov     Form **668-A(ICS)** (7-2002)

**RETURN PARTS 3A AND 3B WITH THE INFORMATION BELOW COMPLETED**

Taxpayer Name: JAMES L OMAHEN          Identification number: 7883

**SECTION 1. — Levy Acknowledgment**

Signature of person responding _Kathy Wright_

Printed name of person responding _Kathy Wright_

Your telephone number _(607) 337-6376_

Date and time this levy received _7/6/12_

**SECTION 2. — Levy Results** *(Check all applicable boxes.)*

☐ Check attached in the amount of $_____

☒ No Funds _Court Order Account_

☐ No Account

☐ No Record

**SECTION 3. — Other Information** *(Please complete this section only if you are NOT sending us the total amount the taxpayer owes.)*

Taxpayer's latest address, if different from the one on this levy: _____

Taxpayer's telephone number: (___) _____

Name and address of taxpayer's employer, if different from addressee: _____

Next date you will owe funds to the taxpayer: _____

Other information you believe may help us: _____

Part 3b – Complete and return to IRS     Catalog No. 35389E     www.irs.gov     Form **668-A(ICS)** (7-2002)